United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Kevin Frymier, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> Houston Area Women's Center § <br> and Lan Nguyen, Compliance Director, § <br> § <br> Defendants. § | Civil Action No. H-25-1122 |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 18) dated June 10, 2025, and Plaintiff, Kevin Frymier's objections (docket no. 19) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Kevin Frymier's claims against Defendants, Houston Area Women's Center and Lan Nguyen, Compliance Director, are **DISMISSED WITHOUT PREJUDICE for want of subject-matter jurisdiction**.

**SIGNED** at Houston, Texas, on this the 25th day of June, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE