United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Kevin Frymier, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> Houston Area Women's Center § <br> and Lan Nguyen, Compliance Director, § <br> § <br> Defendants. § | Civil Action No. H-25-1122 |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, Kevin Frymier's claims against Defendants, Houston Area Women's Center and Lan Nguyen, Compliance Director, are **DISMISSED WITHOUT PREJUDICE for want of subject-matter jurisdiction**.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 25th day of June, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE